**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00399-JAK-KESx                    Date: February 26, 2024

Title: Halo Unlimited, Inc. v. Anthem Blue Cross Life And Health Ins. Co., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER to Show Cause re Counsel's Failure to Appear at February 22, 2024 Telephonic Discovery Conference

    The Court has conducted a series of telephonic hearings on Defendant's motion to compel Plaintiff's further responses to discovery. (See Dkt. 142 at 2 (summary of prior conferences).) At the February 12, 2024 conference, the Court set a further conference for February 22, 2024, at 9:30 a.m. (Dkt. 138 (minutes); Dkt. 140 at 25 (transcript).)

    Attorney Craig B. Garner, counsel of record for Plaintiff Halo Unlimited, Inc., failed to appear at the February 22, 2024 telephonic discovery conference. (Dkt. 143 (minutes).) He also failed to communicate with opposing counsel before the conference (Dkt. 142 at 14) and failed to alert the Court that he would not appear.

    The Court may sanction a party or its attorney if the party "(A) fails to appear at a scheduling or other pretrial conference; (B) is substantially unprepared to participate … in the conference; or (C) fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f)(1). When Rule 16(f)(1) is triggered, the Court has broad discretion in fashioning an appropriate sanction. See, e.g., Off. Airline Guides, Inc. v. Goss, 6 F.3d 1385, 1397 (9th Cir. 1993) (affirming imposition of monetary sanction under Rule 16(f) for party's

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00399-JAK-KESx								Date: February 26, 2024
											Page 2

failure to comply with order to appear at settlement conference).  Additionally, "If a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution." L.R. 41-5.

On its own motion in accordance with these authorities, the Court ORDERS Attorney Craig B. Garner to SHOW CAUSE in writing, **on or before March 8, 2024**, why he should not be sanctioned $500.00 for failing to appear at the February 22, 2024 telephonic discovery conference and failing to communicate with opposing counsel and the Court.

MINOTES FORM 11										Initials of Deputy Clerk JD
CIVIL-GEN