Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Lorenzo Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Benjamin Watson (SBN 306379)
bwatson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendants and
Counterclaim Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant Hearing Screening Specialists,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-000399-JAK (KESx)<br><br>**DECLARATION OF BENJAMIN C. WATSON IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:              March 17, 2025<br>Time:              8:30 a.m.<br>Courtroom: 10C – Hon. John A. Kronstadt<br><br>Counterclaim Filed:    Nov. 18, 2024<br><br>[Concurrently filed with Notice of Motion, Memorandum of Points and Authorities, and Declaration of Reinhardt] |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant Hearing Screening Specialists, and ROES 1 through 10, inclusive<br><br>Counterclaim Defendant. | |

DECLARATION OF BENJAMIN C. WATSON IN SUPPORT OF COUNTERCLAIM
PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

# DECLARATION OF BENJAMIN C. WATSON

I, Benjamin C. Watson, declare as follows:

1. I am an attorney duly admitted to practice before this Court and Counsel at Reed Smith LLP, which is counsel of record for Defendants and Counterclaim Plaintiffs Anthem Blue Cross Life and Health Insurance Company and Blue Cross of California dba Anthem Blue Cross (collectively "Anthem").

2. I submit this declaration in support of Anthem's Motion for Entry of Default Judgment ("Motion") against Counterclaim Defendant Halo Unlimited, Inc., dba Infant Hearing Screening Specialists ("IHSS"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I can and will testify competently to each fact herein.

3. On November 18, 2024, Anthem filed its counterclaim and completed service to IHSS via the CM/ECF System pursuant to Local Rule 5-3.2.1.

4. As of the date of this filing, IHSS still has not responded in any fashion to the Counterclaim.

5. On February 21, 2025, I corresponded with IHSS's counsel regarding this Motion and the damages Anthem seeks therein. I received no response. A copy of this correspondence is attached as **Exhibit A**.

6. Anthem seeks a total of $153,945.00 for the following attorney's fees incurred in connection with its efforts to bring the Counterclaim, pursue entry of default on the Counterclaim, and prepare this Motion, a detailed description of which is attached as **Exhibit B**:

   a. Ben Watson (Counsel, California licensed in 2015, extensive experience in commercial litigation, including healthcare litigation): 230.7 hours at $480-640 per hour = $127,961.00.

   b. John Tilton (Associate, California licensed in 2018, extensive experience in healthcare litigation): 46.4 hours at $560 per hour = $25,984.00.

-1-

DECLARATION OF BENJAMIN C. WATSON IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

7.  As shown in Exhibit A, Anthem has stricken and is not seeking attorney's fees for certain entries, including partner time spent supervising the litigation team.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this February 28, 2025, in Brooklyn, New York.

<u>/s/ Benjamin C. Watson</u><br>
Benjamin C. Watson

REED SMITH LLP

-2-

DECLARATION OF BENJAMIN C. WATSON IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT