Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Lorenzo E. Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Benjamin C. Watson (SBN 306379)
bwatson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants and Counterclaim Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant Hearing Screening Specialists,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-000399-JAK (KESx)<br><br>**DECLARATION OF CARL REINHARDT IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:             March 17, 2025<br>Time:             8:30 a.m.<br>Courtroom: 10C – Hon. John A. Kronstadt<br><br>Counterclaim Filed:   Nov. 18, 2024<br><br>[Concurrently filed with Notice of Motion, Memorandum of Points and Authorities, and Declaration of Counsel] |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant Hearing Screening Specialists, and ROES 1 through 10, inclusive<br><br>Counterclaim Defendant. | |

## DECLARATION OF CARL REINHARDT

I, Carl Reinhardt, declare as follows:

1. I submit this declaration in support of Defendants and Counterclaim Plaintiffs Anthem Blue Cross Life and Health Insurance Company and Blue Cross of California dba Anthem Blue Cross' (collectively "Anthem") Motion for Entry of Default Judgment against Counterclaim Defendant Halo Unlimited, Inc., dba Infant Hearing Screening Specialists ("IHSS"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I can and will testify competently to each fact herein.

2. I am the Director of the Special Investigations Unit-West, Anthem Blue Cross. I have been in this role since approximately 2016. Prior to that, I was a Manager and Investigator in Anthem's Special Investigations Unit for approximately 12 years, starting in 2004. The Special Investigations Unit is designed to combat fraud, waste and abuse committed against Anthem's various commercial plans, and seeks to ensure the integrity of publicly-funded programs, including Medicare and Medicaid plans. As a Director of the Special Investigations Unit, I am in charge of overseeing and directing investigations of fraud and waste committed by providers and other individuals.

3. As part of my duties, I routinely review Anthem documents and information systems that relate to, and are used to process, medical claims submitted to Anthem for reimbursement. As part of the Special Investigations Unit for Anthem, I have access to all of Anthem's information systems and can research claims for individual members and analyze trends and patters in a provider's submission of claims. I can also investigate status of claims and review historical developments pertaining to the processing of claims to help resolve benefit disputes.

4. I have participated in an investigation of IHSS's claim submission practices. In the course of this investigation, I have reviewed payment data for medical claims IHSS submitted for the services referenced in Anthem's Counterclaim against

-1-

IHSS.

5. As part of this investigation, I identified the medical claims at issue in Anthem's Counterclaim using the following criteria: medical claims IHSS submitted to Anthem from February 26, 2016 to January 25, 2023 ("period at issue"), for services provided to Anthem members indicated with Current Procedural Terminology codes 92586 or 92650 with Place of Service Codes indicating that IHSS provided these services in an office (POS Code 11), a Mobile Unit (POS Code 15), and On Campus-Outpatient Hospital (POS Code 22) (collectively "Improper Claims").

6. During the period at issue, Anthem paid $2,456,429.12 to IHSS for Improper Claims for members of plans governed by ERISA, which includes including $219,114.26 for claims with POS Code 11, $2,145,601.23 for claims with POS CODE 15, and $91,713.63 for claims with POS Code 22.

7. During the period at issue, Anthem paid $3,200,893.12 to IHSS for Improper Claims for members of plans not governed by ERISA, including $ 345,941.52 for claims with POS Code 11, $2,578,831.08 for claims with POS CODE 15, and $276,120.52 for claims with POS Code 22.

8. When Anthem made payments to IHSS directly, Anthem submitted those payments via Electronic Funds Transfer to IHSS' Citizens Bank Account ending in 5479 or by checks sent to IHSS' payment addresses: Infant Hearing Screening, P.O. Box 28118, Anaheim, CA 92809-0137 and Infant Hearing Screening, 1867 California Ave, Ste 101, Corona, CA 92881-7281.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this February 27, 2025, in Chatsworth, CA.

/s/ *Carl Reinhardt*
Carl Reinhardt

-2-

DECLARATION OF CARL REINHARDT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT