UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV20-00399 JAK (KESx) | Date | April 28, 2025 |
| Title | Halo Unlimited, Inc. v. Anthem Blue Cross Life and Health Insurance Company et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric Kibel (video) | Benjamin Watson (video) |
| | Lorenzo Gasparetti (video) |

**Proceedings:** **MOTION FOR DEFAULT JUDGMENT (DKT. 199); STATUS CONFERENCE (DKT. 208)**

The motion hearing is held via Zoom Webinar. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views. Counsel address the Court.

The Parties shall file a joint report on or before May 8, 2025, at Noon, addressing the following matters: (1) the cost to Defendant of producing back certain documents to Plaintiff that have been extracted, as well as the status of the production of any of the documents by Defendant to Plaintiff's new counsel; (2) the status of Mr. Kibel as counsel of record in this matter; (3) the status of any motion by Plaintiff to set aside the default previously entered on Defendant's counterclaim, or the filing of the motion itself; (4) a statement by Plaintiff as to the status of a plan to address the fee-shifting that has been ordered by Magistrate Judge Scott; and (5) whether any further efforts to try to resolve this case in alternative dispute resolution would be productive, including with a private neutral, a panelist or a bench officer. The report shall disclose only the procedural status of settlement discussions, and not the substance of the communications between the parties. If the parties request a settlement conference with a bench officer, the report shall identify that person and a proposed date range for the conference.

A status conference is set for May 12, 2025, at 8:30 a.m., with the precise time to be determined once the calendar issues for that date. Counsel may attend the status conference by Zoom.

**IT IS SO ORDERED.**

| | : | 37 |
|---|---|---|
| Initials of Preparer | DT | |