Eric N. Kibel, #236571
ROBINSON & HENRY, P.C.
216 16th Street, Suite 750
Denver, CO 80202
Telephone: (720) 637-7264
Email: *eric.kibel@robinsonandhenry.com*
Attorney for Plaintiff/Counterclaim Defendant
HALO UNLIMITED, INC.,
dba INFANT HEARING SCREENING SPECIALISTS

Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Lorenzo E. Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Benjamin C. Watson (SBN 306379)
bwatson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendants and Counterclaim Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant Hearing Screening Specialists,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-000399-JAK (KESx)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE MAY 12, 2025 STATUS CONFERENCE**<br><br>Courtroom: 10C – Hon. John A. Kronstadt<br><br>Date:             May 12, 2025<br>Time:            8:30 a.m. |

NOTICE OF SETTLEMENT & STIPULATION TO CONTINUE STATUS CONFERENCE

| | |
|---|---|
| 1 | ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a |
| 2 | California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE |
| 3 | CROSS, a California corporation, |
| 4 | Counterclaim Plaintiffs, |
| 5 | v. |
| 6 | HALO UNLIMITED, INC., a Nevada Corporation doing business as Infant |
| 7 | Hearing Screening Specialists, and ROES 1 through 10, inclusive |
| 8 | Counterclaim Defendant. |

Plaintiff/Counterclaim Defendant HALO UNLIMITED, INC. dba INFANT HEARING SCREENING SPECIALISTS, appearing by and through its counsel, Eric N. Kibel of Robinson & Henry, P.C., and Defendants/Counterclaimants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, and BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS, appearing by and through their counsel, Benjamin C. Watson of Reed Smith, LLP, notify the court that the parties have reached a tentative settlement to resolve all claims by and between them in this action.

The parties are endeavoring to reduce their agreement to writing and the parties stipulate and request that this court retain jurisdiction to enforce the terms of the settlement as may be appropriate.

The parties further stipulate and jointly request that the court continue the Status Conference scheduled for May 12, 2025 for approximately 30 days to allow the parties to draft and sign a settlement agreement and present a further stipulation to the court.

-2-

1    IT IS SO STIPULATED AND AGREED.

2

3    Respectfully submitted this 9th day of May, 2025.

4                               ROBINSON & HENRY, P.C.

5

6

7    By /s/ *Eric N. Kibel*

8        Eric N. Kibel
         Attorneys for Plaintiff Halo Unlimited, Inc.

9

10   REED SMITH LLP

11

12   By /s/ *Benjamin C. Watson*

13       Amir Shlesinger
         Lorenzo E. Gasparetti

14       Benjamin C. Watson
         Attorneys for Defendants and Counterclaim

15       Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT & STIPULATION TO CONTINUE STATUS
CONFERENCE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, I caused a true and correct copy of the foregoing document to be filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in accordance with Local Rule 5-3.2.1.

By: */s/ Eric N. Kibel*
Eric N. Kibel
Attorneys for Plaintiff Halo
Unlimited, Inc

-4-

NOTICE OF SETTLEMENT & STIPULATION TO CONTINUE STATUS CONFERENCE